IN THE UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND

| | |
|---|---|
| YVONNE ALSTON, <br><br> Plaintiff, <br><br> vs. <br><br> EMBRACE HOME LOANS, FREEDOM PLUS/CROSS RIVER, CITIZENS BANK NA, CROSSCOUNTRY MORTGAGE INC., ONEMAIN FINANCIAL, INC., PROSPER MARKETPLACE INC., FIRST NATIONAL BANK OF OMAHA, DISCOVER FINANCIAL SERVICES, DISCOVER BANK, ADVANCEPOINT CAPITAL, CNU ONLINE CASHNETUSA, GECRB/SYNCHRONY BANK, VIVINT SOLAR INC., ELAN FINANCIAL SERVICES, AMERIPRISE AUTO AND HOME, PHYSICIAN'S LIFE INSURANCE, MONTGOMERY WARD, SUNTRUST BANK, POWER WINDOW AND SIDING, and PRIMARY RESIDENTIAL MORTG, <br><br> Defendants. | CASE NO. _____ <br><br> MOTION FOR ADMISSION <br> *PRO HAC VICE* |

I, Eric R. Harlan, am a member in good standing of the bar of this Court. I am moving the admission of Michaela A. Smith to appear *pro hac vice* in this case as counsel for Defendant Physicians Life Insurance Company.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of the State of Illinois | 2001 |
| U.S. District Court for the Northern District of Illinois | 2001 |
| Supreme Court of the State of Nebraska | 2003 |

| | |
|---|---|
| U.S. District Court for the District of Nebraska | 2003 |
| U.S. Court of Appeals for the 6th Circuit | 2006 |
| Superior Court of Santa Clara County, California | 2006 |
| U.S. District Court for the Western District of Kentucky | 2006 |
| U.S. District Court for the Eastern District of Missouri | 2006 |
| U.S. Court of Appeals for the 8th Circuit | 2007 |
| U.S. District Court for the Southern District of Mississippi | 2010 |
| U.S. District Court for the Western District of Missouri | 2013 |
| Superior Court of Washington, Benton County | 2014 |
| U.S. District Court for the Eastern District of Washington | 2015 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court **zero** times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission *pro hac vice*** accompanies this motion.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT
_____
Signature

Eric R. Harlan (23492)
Printed name and bar number

Shapiro Sher Guinot & Sandler, P.A.
Office name

250 West Pratt Street
Suite 2000
Baltimore, MD 21201
Address

erh@shapirosher.com
Email Address

(410)385-0202
Telephone number

(410)539-7611
Fax number

PROPOSED ADMITTEE
_Michaela A. Smith_____
Signature

Michaela A. Smith (NE 22737)
Printed name and bar number

McGrath North Mullin & Kratz, PC LLO
Office name

First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Address

msmith@mcgrathnorth.com
Email Address

(402)341-3070
Telephone number

(402)341-0216
Fax number

DATED this 5th day of January, 2017.

Respectfully submitted,

PHYSICIANS LIFE INSURANCE COMPANY,
Defendant

_____
Eric R. Harlan (23492)
Shapiro Sher Guinot & Sandler, P.A.
250 West Pratt Street, Suite 2000
Baltimore, MD 21201
(410)385-0202
(410)539-7611 (fax)
erh@shapirosher.com

ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 5th **day of January, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 5th **day of January, 2017**, properly addressed as follows:

| Pro Se Plaintiff<br>Yvonne Alston<br>10012 Cedarhollow Lane<br>Largo, MD 20774 | |
|---|---|

Eric R. Harlan (23492)
Shapiro Sher Guinot & Sandler, P.A.
250 West Pratt Street, Suite 2000
Baltimore, MD 21201
(410)385-0202
(410)539-7611 (fax)
erh@shapirosher.com