UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| YVONNE ALSTON,<br><br>    Plaintiff,<br><br>v.<br><br>EMBRACE HOME LOANS, INC.,<br>FREEDOM PLUS/CROSS RIVER,<br>CITIZENS BANK NA,<br>CROSSCOUNTRY MORTGAGE INC.,<br>ONEMAIN FINANCIAL, INC.,<br>PROSPER MARKETPLACE INC.,<br>FIRST FINANCIAL BANK OF OMAHA,<br>DISCOVER FINANCIAL SERVICES,<br>DISCOVER BANK,<br>ADVANCEPOINT CAPITAL,<br>CNU ONLINE CASHNETUSA,<br>GECRB/SYNCHRONY BANK,<br>VIVINT SOLAR INC.,<br>ELAN FINANCIAL SERVICES,<br>AMERIPRISE AUTO AND HOME,<br>PHYSICIAN'S LIFE INSURANCE,<br>MONTGOMERY WARD,<br>SUNTRUST BANK,<br>POWER WINDOW AND SIDING and<br>PRIMARY RESIDENTIAL MORTG.,<br><br>    Defendants. | Civil Action No. TDC-17-0033 |

**ORDER**

Pending before the Court is Defendant Physicians Life Insurance Company's ("Physicians Life") Motion for Extension of Time to Answer or Otherwise Plead in Response to the Complaint, ECF No. 9. Having reviewed the Motion, it is hereby ORDERED that the Motion is GRANTED.

Physicians Life must file an Answer or other responsive pleading on or before January 30, 2017.

Date: January 10, 2017

                                                   THEODORE D. CHUANG
                                                   United States District Judge